**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Larry AUTREY, Defendant–**
**Appellant.**

**No. 12–12766**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 10, 2013.

Steven E. Butler, Kenyen Ray Brown, Donna Barrow Dobbins, Michele Carstens O'Brien, U.S. Attorney's Office Mobile, AL, for Plaintiff–Appellee.

Ronald Larry Autrey, Uniontown, AL, for Defendant–Appellant.

Before TJOFLAT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Ronald Larry Autrey in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Autrey's conviction and sentence are **AFFIRMED**.